OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 26, 2015

Kristin Bateman Esq.  Jeanne L. Zimmer Esq.
Cary L. Flitter Esq.     Mitchell L Williamson Esq.
Theodore P. Metzler Jr. Esq.  Philip D. Stern Esq.
Andrew M. Milz Esq.
Manuel H. Newburger Esq.

RE: Daniel Bock, Jr. v. Pressler & Pressler LLP
Case Number: 15-1056
District Case Number: 2-11-cv-07593

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, November 10, 2015**.  Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **1:30 P.M.** and argument in this matter is scheduled in **Courtroom #2, 3rd Floor, Ceremonial Courtroom, Frank R. Lautenberg U.S. Post Office & Courthouse, Newark, NJ)**.
Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel:  **CHAGARES, RENDELL and BARRY, Circuit Judges**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk-267-299-4905